**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

MENZIES MIDDLE
EAST AND AFRICA SA,

 *Petitioner*,         Case No.
v.

REPUBLIC OF NIGER,

 *Respondent.*

_____/

## <u>DECLARATION OF ARNOLDO B. LACAYO</u>

Pursuant to 28 U.S.C. § 1746, I, Arnoldo Benjamin Lacayo declare and state as follows:

1.  I am a shareholder with Sequor Law, P.A. and counsel for Petitioner and arbitration award creditor Menzies Middle East and Africa SA ("MMEA") in the above-referenced matter.  I am admitted to practice law in the State of Florida.

2.  I submit this Declaration on behalf of MMEA in support of its Petition to Confirm Arbitral Award.  The Petition seeks the recognition and confirmation of an arbitral award issued on July 15, 2013, (the "Award"), by a Tribunal of the International Centre for Settlement of Investment Disputes ("ICSID") in favor of MMEA and against the Republic of Niger, together with enforcement of the pecuniary obligations thereunder.

3.  Attached as **<u>Exhibit 1</u>** is a duly certified copy of the Award, including the incorporated and annexed Decision on Jurisdiction, issued by the Tribunal in ICSID Case No. ARB/11/11.

4.  Attached as **<u>Exhibit 2</u>** is a duly certified translation of the Award into English.

5.  The arbitration resulting in the Award was conducted by ICSID on the basis of the Convention on the Settlement of Investment Disputes between States and Nationals of Other

States, Mar. 18, 1965, 17 U.S.T. 1270, 575 U.N.T.S. 159 (the "ICSID Convention").  Attached as

**Exhibit 3** is a true and correct copy of the ICSID Convention.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 19th day of February 2024, in Miami, Florida.

Arnoldo B. Lacayo
Counsel for Petitioner MMEA