Default - Rule 55A                                                    (CO 40 Revised-6/2019)

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

MENZIES MIDDLE EAST AND AFRICA SA

_____
                    Plaintiff(s)

                                                    Civil Action: 24-cv-00466-ABJ

        v.

REPUBLIC OF NIGER
_____
                    Defendant(s)

**RE:** REPUBLIC OF NIGER

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on April 30, 2024, and an affidavit on behalf of the plaintiff having been filed, it is this 29th day of July, 2024 declared that defendant(s) is/are in default.

ANGELA D. CAESAR, Clerk

By: _____/s/ N. Wilkens_____
                    Deputy Clerk