**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

MENZIES MIDDLE
EAST AND AFRICA SA,

     *Petitioner*,

v.

                               Case No. 1:24-cv-00466 (ABJ)

REPUBLIC OF NIGER,

     *Respondent.*

_____/

**<u>MOTION FOR DEFAULT JUDGMENT AND CONFIRMATION OF ARBITRATION
AWARD</u>**

Pursuant to Rule 55(b) of the Federal Rules of Civil Procedure and 28 U.S.C. § 1608(e),
Petitioner MENZIES MIDDLE EAST AND AFRICA SA by and through its undersigned
attorneys, requests that the Court enter a default judgment against the Republic of Niger and
confirm the arbitral award. The grounds for this Motion are set forth in the accompanying
Memorandum of Points & Authorities in Support of Motion for a Default Judgment and
Confirmation of Arbitration Award.

Dated: September 10, 2024                 Respectfully submitted,

                                     By: <u>/s/ M Zachary Bluestone</u>
                                     M. Zachary Bluestone (D.C. Bar No. 994010)
                                   BLUESTONE, P.C.
                                   1717 K Street, Suite 900
                                   Tel: (202) 655-2250
                                   Fax: (202) 792-6658
                                   mzb@bluestonelaw.com

                                   *Attorneys for Petitioner Menzies Middle East and
Africa SA*

## <u>CERTIFICATE OF SERVICE</u>

I, M. Zachary Bluestone, hereby certify that on September 10, 2024, I caused the foregoing

Motion for Default Judgment to be filed on the Court's ECF system, and to be sent to Defendant by

Federal Express to:

The Honorable Bakary Yaou Sangaré
Minister of Foreign Affairs, Republic of Niger
BP: 396, République du Niger
Niamey, Niger
1001


*/s/ M. Zachary Bluestone*