**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

MENZIES MIDDLE
EAST AND AFRICA SA,

  *Petitioner*,            Case No. 1:24-cv-00466 (ABJ)

v.

REPUBLIC OF NIGER,

  *Respondent.*

_____/

## <u>FINAL DEFAULT JUDGMENT</u>

THIS MATTER having come before the Court upon Petitioner, MENZIES MIDDLE

EAST AND AFRICA SA's ("MMEA" or "Petitioner") Motion for Default Judgment ("Motion"),

and the Court having considered the Motion, the Memorandum of Points and Authorities in

Support, and the Petition; reviewed the record; and being otherwise fully advised in the premises,

it is thereupon,

**ORDERED AND ADJUDGED** as follows:

  1.  Plaintiff's Motion is **GRANTED**.

  2.  A default having been entered against Respondent, Republic of Niger

("Respondent"), the Court finds that Petitioner has established its right to relief, and default

judgment, by satisfactory evidence. *Greenbaum v. Islamic Republic of Iran*, 451 F. Supp. 2d 90,

94 (D.D.C. 2006).

  3.  The Court enters Judgment against Respondent, Republic of Niger, and in

Petitioner MENZIES MIDDLE EAST AND AFRICA SA's favor, in the following amounts:

a. $6,655,339.73 in Award damages and Award defense costs (consisting of €4,641,592.15 plus €118,000 in Award defense costs, plus interest on these two sums in the amount of €345,010.41) from July 15, 2013 to December 31, 2023, converted to US Dollars at the rate of exchange in place on July 15, 2013, the date of the Award, of 1.3037919517136200 dollars per 1 euro;

b. $361,903.01 in arbitration costs, plus interest in the amount of $25,390.62 from October 8, 2013 to December 31, 2023; and

c. Accrued interest in the amount of $ _____ on the damages and costs (including the arbitration costs) amount of $7,042,633.36 ($6,655,339.73 + $361,903.01+ $25,390.62), at the Marginal Lending Facility Rate as established by the European Central Bank from January 1, 2024 until the date of the judgment.

4.    The Court further orders that post-judgment interest will accrue at the rate applicable under 28 U.S.C. § 1961.

**IT IS SO ORDERED.**

Date: _____

_____
Amy Berman Jackson,
Senior District Court Judge
United States District Court