UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MENZIES MIDDLE EAST AND AFRICA SA,<br><br>        Petitioner,<br><br>  v.<br><br>REPUBLIC OF NIGER,<br><br>        Respondent. | Civil Action No. 24-0466 (ABJ) |

### ORDER

Pursuant to 28 U.S.C. § 1608(e) and Federal Rule of Civil Procedure 58, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that petitioner's Motion for Default Judgment and Confirmation of Arbitration Award [Dkt. # 11] is **GRANTED**. It is

**FURTHER ORDERED** that judgment shall be entered in favor of petitioner in the amount of $7,603,623.31.

**SO ORDERED**.

*/s/ Amy Berman Jackson*
AMY BERMAN JACKSON
United States District Judge

DATE: July 3, 2025