CO 226
Rev. 4/2023

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

MENZIES MIDDLE
EAST AND AFRICA SA,

_____
Plaintiff(s)

vs.

REPUBLIC OF NIGER

Civil Action No.:  1:24-cv-00466

_____
Defendant(s)

## AFFIDAVIT REQUESTING FOREIGN MAILING

I, the undersigned, counsel of record for plaintiff(s), hereby request that the Clerk dispatch for mailing a copy of the default judgment ☑ (and notice of suit, where applicable) to (list name(s) and address(es) of defendants):

The Honorable Bakary Yaou Sangaré
Minister of Foreign Affairs, Republic of Niger
BP: 396, République du Niger
Niamey
Niger
1001

by: (check one)
☐ certified or registered mail, return receipt requested
☐ DHL
☑ Fed Ex

pursuant to the provisions of: (check one)
☐ FRCP 4(f)(2)(C)(ii)
☑ 28 U.S.C. § 1608(a)(3)
☐ 28 U.S.C. § 1608(b)(3)(B)
☐ 28 U.S.C. § 1608(a)(4)

I certify that this method of service is authorized by the domestic law of (name of country):
Republic of Niger , and that I obtained this information by contacting the Overseas Citizens Services, U.S. Department of State.

/s/ Michael Zachary Bluestone
(Signature)
Michael Zachary Bluestone (Bar No. 994010)
BLUESTONE, P.C.
1717 K Street, Suite 900
Washington D.C. 20006
Tel; 202-655-2250
Email mzb@bluestonelaw.com
(Name and Address)