Bluestone, P.C.
1717 K Street NW, Suite 900
Washington, D.C. 20006
-and-
52 Duane Street, 7th Floor
New York, NY 10007

M. Zachary Bluestone
t  646.970.7712
mzb@bluestonelaw.com

August 11, 2025

Office of the Clerk
United States District Court for the District of Columbia
Room 1225
333 Constitution Avenue, N.W.
Washington, DC 20001

Re:    Request for Service of Process on Defendant, Republic of Niger, in *Menzies Middle East and Africa SA v. Republic of Niger*, No. 1:24-cv-00466

Dear Clerk of Court,

On behalf of Plaintiff Menzies Middle East and Africa SA ("Menzies") in the above-captioned matter, we write to request that you take all necessary steps, pursuant to 28 U.S.C. § 1608(a)(3), to effect service of the judgment and memorandum opinion (ECF Nos. 12-13), on Defendant, Republic of Niger ("Niger"). As further explained herein, in light of current international circumstances that prevent service from being made pursuant to 28 U.S.C. § 1608(a)(1)-(2), we ask that you dispatch the required service materials to the Head of the Ministry of Foreign Affairs of Niger.

On July 3, 2025, this Court issued a default judgment against Defendant Republic of Niger, and memorandum opinion in support. Section 1608(e) requires that "a copy of any such default judgment shall be sent to the foreign state of political subdivision in the manner prescribed for service in this section." 1608(a)(3) requires "sending a copy of the summons and complaint and a notice of suit, together with a translation of each into the official language of the foreign state, by any form of mail requiring a signed receipt, to be addressed and dispatched by the clerk of the court to the head of the ministry of foreign affairs of the foreign state concerned." To that end, we will file this letter electronically and then deliver to the Office of the Clerk the following for the dispatch to Niger:

(1) One copy of the *Affidavit Requesting Foreign Mailing* (including this letter);
(2) One copy of the *Notice of Electronic Filing*, confirming the ECF filing of the *Affidavit Requesting Foreign Mailing*;
(3) One copy of the order granting judgment, and French translation;
(4) One copy of the memorandum opinion supporting the order granting judgment, and French translation;
(5) One FedEx shipment container; and
(6) One FedEx shipping label.

*Menzies Middle East and Africa SA v. Republic of Niger*, No. 1:24-cv-00466
August 11, 2025
Page 2

   *See* U.S. District Court for the District of Columbia, Attorney Manual for Service of Process on a Foreign Defendant (May 2022), at 8-10, 18 *available at https://www.dcd.uscourts.gov/sites/dcd/files/AttyManualForeignMlg2022.pdf*

   I can be reached at the direct line of 240-744-4677 and mzb@bluestonelaw.com if you have any questions or would like to discuss this matter.

Sincerely,

M. Zachary Bluestone